1
2
3
4            FILED
             CLERK, U.S.D.C. SOUTHERN DIVISION
5            MAR 2 2 2012
6            CENTRAL DISTRICT OF CALIFORNIA
             BY           DEPUTY
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA 12-114 M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Garcia, Gabriel Shaun | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _District of Arizona_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Backyrd, cnty ties unknown due to failure to interview; bail resources unknown; fta history; conduct in not complying_

1  w/ conditions of supervision, which includes in essence
2  his absconding from supervision
3     and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7     finding is based on   commission of a new offense
8     while under supervision; extensive arrest/
9     conviction record
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  3/22/12
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE

Page 2 of 2